UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL HOLMES et al.            *
                                 *
     Plaintiffs                  *
                                 *
     v.                          *
                                 *   Civil Action No. 11-01283 (BJR)
UNITED STATES ARMY               *
CENTRAL COMMAND et al.           *
                                 *
     Defendants                  *
                                 *
*   *   *   *   *   *   *   *   *   *   *   *

## JOINT STATUS REPORT

NOW COMES the plaintiffs Michael Holmes and Laurel Levine and defendants United States Army Central Command and Department of Army, by and through their undersigned counsel, to hereby provide this Joint Status Report to the Court.

This Freedom of Information Act lawsuit was filed on July 14, 2011, seeking the release of records pertaining to an Army Regulation 15-6 investigation regarding allegations reported in a *Rolling Stone* article published February 23, 2011 that Lt. General William Caldwell conducted psychological operations (otherwise known as "psy-ops") on members of Congress during visits to Afghanistan.

Although the parties have neither appeared personally before this Court, yet, nor filed any substantive documents, the respective counsel have been in regular communication with each other throughout the life of the litigation and have been negotiating the release of responsive records. Indeed, on November 15, 2011, the defendant Department of the Army Central Command ("ARCENT") released responsive records and provided the plaintiffs with a copy of a Vaughn index describing the withheld files. These

records/documents are currently under review and the parties will strive to reach an understanding as much as possible.

Additionally, the parties have discussed and agreed, subject to Court approval, to add the United States Central Command ("CENTCOM") as a defendant. As part of the underlying investigation both ARCENT and CENTCOM possess responsive records and hold separate release authority. Each entity has been properly processing records and the absence of CENTCOM as a defendant has not delayed the process.

The parties respectfully recommend they submit a Joint Status Report to the Court by on or before February 10, 2012, and indicate to what extent an agreement, if any, has been reached and, if necessary, suggest a briefing schedule for any remaining challenges. Additionally, the plaintiffs will file a Consented-To Motion for Leave to Amend their Complaint to add CENTCOM as a defendant by that date as well.

Date:   December 22, 2011

Respectfully Submitted,

_____/s/_____
MARK S. ZAID
D.C. Bar # 440532
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com
*Attorney for Plaintiffs*

RONALD C. MACHEN JR.
D.C. Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS
D.C. Bar #434122
Chief, Civil Division

By:   _____/s_____
DANIEL J. EVERETT
Special Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 fax
Daniel.everett@usdoj.gov
*Attorneys for Defendants*