IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL HOLMES, et al.** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | Civil Action No. 11-1283 (BJR) |
| **UNITED STATES ARMY CENTRAL COMMAND, et al.** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

### JOINT MOTION FOR AN EXTENSION OF TIME
### TO FILE STATUS REPORT

Plaintiff brought this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, relating to records of an official investigation. The parties respectfully move this Court for a forty-five (45) day enlargement of time through and including March 26, 2012, within which to comply with certain aspects of the Court's January 9, 2012 Order.

On December 23, 2011, the parties filed a joint status report indicating the parties' intent to try and resolve this case without further litigation. (ECF No. 4)  As a result, on January 9, 2012, the Court issued an order directing the parties to "file a Joint Status Report on or before February 10, 2012 and directing plaintiffs to file a Consented-To Motion for Leave to Amend their Complaint no later than February 10, 2012, in accordance with Parties' Joint Status Report. The Joint Status Report to be filed shall indicate to what extent an agreement has been reached and, if necessary, suggest a briefing schedule for any remaining challenges."  For the reasons stated below, the parties need additional time for the release of documents their review by Plaintiff's counsel. As such, the parties request an extension of time. Good cause exists to grant this motion:

1. A Consented-To Motion for Leave to Amend Plaintiff's Complaint will be filed by the Plaintiffs on or before February 10, 2012.

2. Currently, United States Central Command, which is being added as a new Defendant in the Plaintiffs' First Amended Complaint, is in the process of finalizing their review of documents referred to them by the U.S. Army Central Command. The Defendant believes that these documents, to the extent releasable under FOIA, should be received by Plaintiff prior to February 29, 2012. Upon receipt, Plaintiff will need a reasonable period of time to review these documents to determine, what, if any, issues remain for litigation.

3. Additionally, the undersigned Defense counsel will be out of the office from 16 until 27 February 2012 for personal and family related medical appointments.

4. Granting this extension of time will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first extension of time sought in response to the Court's January 9, 2012 Order.

For these reasons, the parties request that the Court grant this Motion for an Extension of Time. A proposed order is included with this Motion.

                                                        Respectfully Submitted,

_____/s/_____
MARK S. ZAID                                             RONALD C. MACHEN JR.
D.C. Bar # 440532                                       D.C. Bar #447889
1250 Connecticut Avenue, N.W.               United States Attorney
Suite 200                                                       for the District of Columbia
Washington, D.C. 20036
(202) 454-2809                                             RUDOLPH CONTRERAS
(202) 330-5610 fax                                       D.C. Bar #434122
Mark@MarkZaid.com                                Chief, Civil Division
*Attorney for Plaintiffs*

testtest
test
test

By: _____/s_____
DANIEL J. EVERETT
Special Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 fax
Daniel.everett@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL HOLMES, et al.**   )<br>)<br>  **Plaintiffs,**   )<br>)<br>v.   )<br>)<br>**UNITED STATES ARMY CENTRAL**   )<br>**COMMAND, et al.**   )<br>)<br>  **Defendants.**   )<br>)<br>_____) | Civil Action No. 11-1283 (BJR) |

### ORDER

Upon consideration of the parties Joint Motion for Extension of Time, and the Court having considered the entire record herein,

it is, this _____ day of _____, 2012,

**ORDERED** that the motion is **GRANTED**, and it is further

**FURTHER ORDERED** that parties shall have up to and including **March 26, 2012**, to comply with the Court's January 9, 2012 order.

SO ORDERED.

_____
BARBARA JACOBS ROTHSTEIN
United States District Judge

Copies to:
Counsel for Parties via ECF